1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Defendant. | Case No.: 5:13MJ00345 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Southern___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation
    (X)   information in the violation petition and report(s)
    (X)   the defendant's nonobjection to detention at this time
    ( )   other: _____

1        and/ or

2 B. (X)    The defendant has not met his/her burden of establishing by clear and

3        convincing evidence that he/she is not likely to pose a danger to the

4        safety of any other person or the community if released under 18 U.S.C.

5        § 3142(b) or (c). This finding is based on the following:

6        (X)    information in the Pretrial Services Report and Recommendation

7        (X)    information in the violation petition and report(s)

8        (X)    the defendant's nonobjection to detention at this time

9        ( )    other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: July 11, 2013

15                                                   SHERI PYM
                                                United States Magistrate Judge